**Vincent John HALL, Plaintiff—Appellant,**

v.

**Captain Johnny SAPP; Nurse Cora Pouncey, Defendants—Appellees.**

No. 07–6820.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2007.

Decided: Nov. 28, 2007.

---

* *See North Carolina v. Alford*, 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).

Vincent John Hall, Appellant Pro Se. C. Heath Ruffner, Harris, McLeod & Ruffner, Cheraw, South Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vincent John Hall appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hall v. Sapp,* No. 6:06–cv–02476–RBH, 2007 WL 1462923 (D.S.C. May 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*